UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIYADH NAJEM AL-RABIAH,

    Petitioner,

v.

                          Case No. 1:18-cv-520

REBECCA ADDUCCI,                HONORABLE PAUL L. MALONEY

    Respondent.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.


Dated: December 13, 2018                                  /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                        United States District Judge